```
LAW OFFICES OF NICK V. AVTONOMOFF
Nick V. Avtonomoff (State Bar No.63713)
P.O. Box 2471
Mill Valley, CA 94942
(415) 380-0772; Fax 388-2161
nicklaw@netwiz.net
Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE NEISWENDER,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF THE WEST,<br><br>      Defendant. | CASE NUMBER CV 05-1971 WDB<br><br>**ORDER RESCHEDULING**<br>**JOINT ADR CERTIFICATION**<br>**INITIAL DISCLOSURES**<br>**CASE MANAGEMENT CONFERENCE**<br><br>Pending<br><br>**NOTICE OF SETTLEMENTS and**<br>**IMPENDING SETTLEMENT** |

  Plaintiff, ELAINE NEISWENDER, has settled all matters with defendants BANK OF THE WEST and CHRISTOPHER MCNEIL and has executed Dismissals with Prejudice. The Dismissals have not, as yet, been filed pending settlement with the remaining defendant ROBERT BABA.

1

There are impending requirements to file ADR Certification, Case Management Conference Statement(s) and Disclosures. In addition, if defendant BABA does not settle, the remaining defendants will be filing additional pleadings.

In an effort to avoid further fees and costs, and help secure these impending settlements, all parties request that the aforementioned deadlines be extended until the agreements and dismissals can be prepared and filed.

Dated: August 19, 2005

_____/s/_____
Nick V. Avtonomoff, Esq.
Attorney for Plaintiff

Dated: August 19, 2005

_____/s/_____
Martin Orlick, Esq.
Attorney for BANK OF THE WEST

Dated: August 19, 2005

_____/s/_____
Mark Gibson, Esq.
Attorney for CHRISTOPHER MCNEIL

Dated: August 19, 2005

_____/s/_____
Charles May, Esq.
Attorney for ROBERT BABA

## ORDER
(Proposed)

### RESCHEDULING ADR CERTIFICATION
### INITIAL DISCLOSURES
### CASE MANAGEMENT CONFERENCE STATEMENT
### CASE MANAGEMENT CONFERENCE

All parties have presented, before this Court, that they believe they have settled the above-entitled case and that no further proceedings are necessary.

As there are impending deadlines for filing ADR Certification, Initial Disclosures, Case Management Statement and appearance at Case Management, this Court extends said deadlines as follows:

1. Joint ADR Certification extended to 10/22/05; (_____)
2. Initial Disclosures extended to 11/06/05; (_____)
3. Case Management Conference extended to ~~11/14/05~~ (_____)
   November 7, 2005 at 1:00 p.m

IT IS SO ORDERED:

Dated: August __29__, 2005



Honorable Judge Wayne D. Brazil

IT IS SO ORDERED AS MODIFIED

3