UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE NEISWENDER,<br><br>           Plaintiff,<br><br>   v.<br><br>BANK OF THE WEST, ROBERT O. BABA, JR., CHRISTOPHER MCNEIL, DDS,<br><br>           Defendants.<br>_____/ | No. C 05-1971 WDB<br><br>ORDER REQUESTING DECISION REGARDING CONSENT OR REASSIGNMENT |

      This case was randomly assigned at filing to the undersigned United States Magistrate Judge. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. On August 29, 2005, defendant Bank of the West filed a motion for determination of good faith settlement - a potentially dispositive motion. In light of defendant's pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and e-file the consent or request for reassignment **by no later than September 14, 2005.**

      IT IS SO ORDERED.

Dated: August 29, 2005

                                                                     WAYNE D. BRAZIL<br>
                                                                     United States Magistrate Judge

Copies to: Parties, WDB

1