**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE NEISWENDER,

               Plaintiff,

     v.

BANK OF THE WEST, ROBERT
O. BABA, JR., CHRISTOPHER
MCNEIL, DDS,

               Defendants.

_____/

No. C 05-1971 WDB

ORDER EXTENDING DEADLINES
RE: MOTION FOR GOOD FAITH
SETTLEMENT

    On September 12, 2005, plaintiff's counsel notified court staff that plaintiff has reached a tentative oral settlement with Robert O. Baba, Jr.  Prior to this settlement, Mr. Baba had been the only remaining non-settling defendant.

    If Mr. Baba's settlement is formalized in a binding, written agreement, it appears that a ruling on Bank of the West's motion for determination of good faith settlement would not be necessary.  Given this possibility, the Court hereby extends the date for the parties' decision regarding consent or reassignment to **September 27, 2005**, extends the date for defendant Baba (and any other interested party's) opposition to defendant Bank of the West's motion for good faith settlement to **September 27, 2005**, extends the date for defendant Bank of the West's reply brief to **October 3, 2005**, and continues the hearing date to **October 12,**

///

1

1    **2005, at 1:30 p.m.**

2

3    Dated: 9-13-05

4                                         /s/  Wayne D. Brazil

                                           WAYNE D. BRAZIL

5                                         United States Magistrate Judge

6    Copies to:

    All parties,

7    WDB.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28