Law Offices of Nick V. Avtonomoff
Nick V. Avtonomoff (State Bar #63713)
P.O. Box 2471
Mill Valley, CA 94942
(415) 380-0772/Fax 388-2161
nicklaw@netwiz.net

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE NEISWENDER, ) ) ) ) Plaintiff, ) ) vs. ) ) BANK OF THE WEST, et. al., ) ) ) Defendants ) _____) | CASE NUMBER C 05-1971 WDB  **DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

Plaintiff, ELAINE NEISWENDER, DISMISSES, WITH PREJUDICE, the entire above-entitled action.

Dated: September 14, 2005      /S/_____
                              Nick V. Avtonomoff
                              Attorney for Plaintiff
                              Elaine Neiswender

Defendants, BANK OF THE WEST, ROBERT O. BABA, JR. and CHRISTOPHER MCNEIL, DDS, Stipulate to said Dismissal With Prejudice.

Dated: September 15, 2005

_____
Martin H. Orlick
Matthew S. Kenefick
Attorneys for Defendant
Bank of the West

Dated: September 15, 2005

_____
Charles May
Stephanie Foreman
Attorneys for Defendant
Robert O. Baba, Jr.

Dated: September 15, 2005

_____
Mark R. Gibson
Attorney for Defendant
Christopher McNeil, DDS

**<u>DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION</u>**

**IT IS SO ORDERED:**

Dated: September 19, 2005

_____
Hon. Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Wayne D. Brazil

2

**SIGNATURE ATTESTATION**

I, Nick V. Avtonomoff, declare:

I am the attorney representing plaintiff in the above-entitled action, *Neiswender v. Bank of the West*, USDC, NDC, C-05-1971 WDB.

I declare and attest that I have signed the foregoing Dismissal with Prejudice.

I declare, under penalty of perjury, that the foregoing is true and correct and was executed on September 14, 2005, at Marin County, CA.

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28